IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER MONTGOMERY                                                                PLAINTIFF

v.                                                                    BCIVIL ACTION NO. 1:24-CV-196-SA-DAS

LOWNDES COUNTY, MISSISSIPPI AND ITS
BOARD OF SUPERVISORS AND
LOWNDES COUNTY OFFICER DAVID CRIDDLE                                         DEFENDANTS

### ORDER REQUIRING PLAINTIFF TO PROVIDE VALID MAILING ADDRESSES FOR DEFENDANTS

On December 18, 2024, the court granted the plaintiff's motion to proceed *in forma pauperis* and directed the Clerk of Court to issue process for the defendants. Doc. 7. However, the plaintiff's Complaint does not provide the court with sufficient information to perfect service of process on the defendants Lowndes County, Mississippi and its Board of Supervisors and Officer David Criddle. Doc. 1. Therefore, the Clerk of Court is unable to issue process. As the party initiating suit, the plaintiff is ultimately responsible for providing sufficient information to identify and locate each defendant for service of process.

The plaintiff is ordered to provide the court with valid physical addresses for the defendants no later than January 2, 2025. The failure to do so will result in the dismissal of the plaintiff's Complaint under Fed. R. Civ. P. 41(b) for failure to prosecute.

SO ORDERED, this the 19th day of December, 2024.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE